IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS ADDISON                                                   PLAINTIFF

v.                       No. 3:15-cv-121-DPM-JJV

JANE DOE, Philis, Kitchen Cook; and
WANDER HUMPHEIS, Cook, Poinsett
County Detention Center                                            DEFENDANTS

### ORDER

Unopposed recommendation, № 9, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). The motion for discovery, № 10, and the motion for a speedy trial, № 11, are denied as moot. The dismissal of this action counts as a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies that an *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 June 2015