IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NICHOLAS ADDISON                                              PLAINTIFF

v.                              No. 3:15-cv-121-DPM

JANE DOE, Philis, Kitchen Cook; and
WANDER HUMPHEIS, Cook, Poinsett
County Detention Center                                       DEFENDANTS

JUDGMENT

Addison's complaint is dismissed without prejudice.

*signature*
D.P. Marshall Jr.
United States District Judge

19 June 2015